ALBANY,
Oct. 1828.

Hallagan
v.
Golden.

---

## HALLAGAN *ads.* GOLDEN.

A plea of the statute of limitations is not allowed to be added after issue joined.

MOTION to amend plea. After issue joined, the defendant moved for leave to add the plea of the statute of limitations, and a notice of set off to the general issue, which had been put in by the attorney, for the purpose of saving a default, in the absence of the defendant and of counsel who had been instructed as to the nature of the defence.

*Woodhull* and *De Russy*, for defendant.

*Miller* and *Esselstyn*, for plaintiff.

*By the Court,* SAVAGE, Ch. J. That part of the motion which asks for leave to add a notice of set off, is granted; but the application to add a plea of the statute of limitations, is denied, with costs. Such plea is never allowed to be added after issue joined.